AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Virginia__

| | |
|---|---|
| Stevens Van Line, Inc.<br><br>V.<br><br>Starlette Hunter | **CERTIFICATION OF JUDGMENT<br>FOR REGISTRATION IN<br>ANOTHER DISTRICT**<br><br>Case Number: 07-275-UNA |

I, __Fernando Galindo__ Acting Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __12/01/06__
Date

as it appears in the records of this court, and that

\* __no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.__

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

| | |
|---|---|
| __June 6, 2007__<br>Date | __Fernando Galindo__<br>Clerk of Court<br><br>[signature]<br>(By) Deputy Clerk |

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| STEVENS VAN LINES, INC. | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO. 06cv331 |
| STARLETTE HUNTER | ) |
| Defendant | ) |

O R D E R

Upon consideration of the Report and Recommendation of the United States Magistrate Judge designated pursuant to 28 U.S.C.§636(b)(1)(B), to conduct a hearing in this matter, no objections having been filed within ten days, and upon an independent review of the record, it is accordingly ORDERED:

(1) that the Court adopts the recommendation of the United States Magistrate and judgment is entered in favor of the Plaintiff STEVENS VAN LINES, INC. and against the Defendant STARLETTE HUNTER in the amount of Three Thousand Six Hundred Forty Five dollars and 48/100 ($3,645.48).

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

(3) The Clerk shall forward copies of this Order to all counsel of record.

_____
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

Alexandria, Virginia
December 1, 2006